

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00237-CR

**IN RE** Fausto Dominguez **SANCHEZ**

Original Proceeding[1]

PER CURIAM

Sitting:     Patricia O. Alvarez, Justice
             Irene Rios, Justice
             Beth Watkins, Justice

Delivered and Filed: April 26, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On March 12, 2023, relator filed a petition for writ of mandamus. Relator also filed a motion for stay of the underlying proceeding pending final resolution of the petition for writ of mandamus.

On March 15, 2023, we ordered relator to supplement the mandamus record with the following: (1) a file-stamped copy of relator's application for writ of habeas corpus; (2) a file-stamped copy of relator's motion to urge; and (3) a docket sheet showing relator's forthcoming settings in the trial court and whether such settings require relator to appear in person. Relator was required to comply with this order no later than March 27, 2023. Relator did not comply with this order.

---

[1] This proceeding arises out of Cause No. 13378CR, styled *State of Texas v. Fausto Dominguez Sanchez*, pending in the County Court, Kinney County, Texas, the Honorable Susan D. Reed presiding.

After considering the petition and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied without prejudice. *See* TEX. R. APP. P. 52.8(a). Relator's motion for stay is denied as moot.

PER CURIAM

DO NOT PUBLISH